UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ARTHUR SMITH, JR.,<br><br>Petitioner,<br><br>v.<br><br>MELISSA RIOS MARQUES, et al.,<br><br>Respondents. | Case No. 2:24-cv-02298-DDP-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 11) is granted, petitioner's Motion to Not Dismiss (docket no. 15) is denied, petitioner's Motion to Order the Bureau of Prisons to Conduct Hearing (docket no. 16) is denied, petitioner's Motion to Address Bureau of Prisons' Illegal Retaliation (docket no. 18) is denied, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

Dated: May 5, 2025

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE