# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GLENN ARTHUR SMITH, JR.,

    Petitioner,

v.

MELISSA RIOS MARQUES, et al.,

    Respondents.

Case No. 2:24-cv-02298-DDP-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 5, 2025

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE